IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 07-3-2-JSS |
| vs. | ) |
| STEVEN DOUGLAS RISSE, | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

WHEREAS, on July 20, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 16 U.S.C. §§ 742j-1(a)(2), and 28 U.S.C. § 2461(c), based upon the defendant's guilty plea, in which defendant consented to the forfeiture of any interest he had or has in the property alleged to be subject to forfeiture under the Forfeiture Allegation of the January 30, 2007, Information;

AND WHEREAS, on August 9, 2007, August 16, 2007, and August 23, 2007, the United States published in the *Tama News Herald*, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed against the property identified as subject to forfeiture in the January 30, 2007, Information;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.  That the right, title and interest to the hereinafter described property of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2.  That the following property belonging to Steven Douglas Risse, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

    > **a blue High Flyer powered parachute, bearing serial number 005922, with a blue fitted cover and blue and pink parachute seized from defendant on or about February 26, 2005, in Dysart, Iowa.**

3.  That the United States Marshals Service shall dispose of the defendant property in accordance with their rules and regulations concerning the disposition of forfeited property.

4.  That any income derived as a result of the United States Marshals management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshal into the Department of Justice Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal.

Dated this 26th day of September, 2007.

JON STUART SCOLES
Magistrate Judge
UNITED STATES DISTRICT COURT

3